IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-1667-RPM-BNB

RICHARD LEE SCHNELLE,

                        Plaintiff,

v.

ANN M. VENEMAN, Secretary, United States
Department of Agriculture,

                        Defendant.

and

THE RESORT COMPANY,

                        Garnishee.

## GARNISHEE ORDER

A writ of garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the writ of garnishment, the garnishee filed an answer on ~~June~~ July 7, 2005, stating that it had in its possession or under its control personal property belonging to and due plaintiff, and that garnishee was indebted to plaintiff in the form of wages paid to him.

On June 21, 2005, plaintiff was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS THEREFORE ORDERED that garnishee pay each pay period 25% of plaintiff's disposable wages to defendant and continue said payments until the debt to the

defendant is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the plaintiff or until further order of this Court.

Dated: August 5, 2005

BY THE COURT:

_____
~~UNITED STATES DISTRICT JUDGE~~

**BOYD N. BOLAND**
United States Magistrate Judge