IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-CV-1667-RPM-BNB

RICHARD LEE SCHNELLE,

    Plaintiff,

v.

ANN M. VENEMAN, Secretary, United States Department of Agriculture,

    Defendant,

    and

THE RESORT COMPANY,

    Garnishee.

---

## ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the defendant, and the Court being fully advised in the premises, the Court hereby

**ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this 27th day of September, 2005.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE