IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  01-cv-01667-RPM

RICHARD LEE SCHNELLE,

      Plaintiff,

v.

ANN M. VENEMAN, SECRETARY, U. S. DEPARTMENT OF AGRICULTURE,

      Defendant.

_____

ORDER STRIKING REQUEST FOR REINSTATEMENT
_____

On February 6, 2006, plaintiff filed a Request for Reinstatement of Breech of

Contracts Complaint (Doc. #92).  There is no provision in the Federal Rules of Civil

Procedure to support this filing and it is therefore stricken.

      DATED: February 10, 2006

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge

Civil Action No. 01-cv-01667-RPM

I certify that I mailed via U.S. Mail a copy of the foregoing order to the following:

Richard Schnelle
Box 350
Avon, CO 81620

DATED: February 10, 2006

GREGORY C. LANGHAM, CLERK

s/J. Chris Smith

By_____
Deputy